IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NEAL LLOYD PRIMM                                                                                    PLAINTIFF

v.                                            Case No. 1:15-cv-01030

UNION COUNTY JAIL; JAKE PARKER;
and CASEY HOOKS                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 20, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that the Plaintiff's claim be dismissed for failure to prosecute.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Federal Rules of Civil Procedure and the Local Rules and for failure to otherwise prosecute this matter.

**IT IS SO ORDERED**, this 10th day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge